RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Ryan Tyler Maness

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RYAN TYLER MANESS,<br><br>        Defendant. | Case No. 2:22-mj-00993-DJA-1<br><br>**UNOPPOSED MOTION TO WITHDRAW DEFENDANT'S WAIVER OF TEMPORARY RIGHT TO CUSTODY UNDER THE IAD (ECF NO. 14)** |

    1)    On April 25, 2023, defense counsel inadvertently filed a Waiver of Temporary Right to Custody under the Interstate Agreement on Detainer's Act (IAD) on the defendant's behalf. As a prisoner already incarcerated in the state system, Mr. Maness wishes to invoke his right pursuant to the "anti-shuttling" provisions of the IAD and remain in temporary custody in the federal system during the pendency of his federal prosecution. Defense counsel requests that the waiver be withdrawn. Mr. Maness has no opposition.

    2)    Government counsel has no opposition to this request.

DATED this 26th day of April, 2023.

RENE L. VALLADARES<br>
Federal Public Defender

By: */s/ Keisha K. Matthews*

KEISHA K. MATTHEWS
Assistant Federal Public Defender
Attorney for Ryan Tyler Maness

IT IS SO ORDERED that the Unopposed Motion to Withdraw Defendant's Waiver of Temporary Right to Custody Under the IAD (ECF No. 16) is GRANTED.

DATED: April 27, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE